QUIN DENVIR, Bar No. 49374
ROTHSCHILD WISHEK & SANDS LLP
901 F Street, Suite 200
Sacramento, CA 95814
(916) 444-9845

Attorneys for Defendant
N. Allen Sawyer

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
                           )
            Plaintiff,     ) No. 2:02-cr-0468 MCE
                           )
       v.                  )
                           ) **STIPULATION AND ORDER**
N. ALLEN SAWYER,           )
                           )
            Defendant.     )
_____)

      Plaintiff United States, by its counsel Assistant United States Attorney Samantha Spangler, and defendant N. Allen Sawyer, by his counsel Quin Denvir, hereby stipulate and agree that the defendant's passport, which he surrendered while under pre-trial supervision, should be returned to him immediately.

                          Respectfully submitted,

                          ROTHSCHILD, WISHEK & SANDS LLP

Dated:  June 16, 2006     /s/ Quin Denvir
                          QUIN DENVIR
                          Attorneys for N. Allen Sawyer

1

Dated:   June 16, 2006        McGREGOR SCOTT
                              United States Attorney


                         By:  _____
                              Samantha Spangler
                              Assistant U. S. Attorney




**O R D E R**


FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.


Dated: June 26, 2006
                              _____
                              MORRISON C. ENGLAND, JR
                              UNITED STATES DISTRICT JUDGE