IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                        No. CR S-02-468 MCE GGH P

    vs.

N. ALLEN SAWYER,

    Movant.                            <u>ORDER</u>

_____/

        The 28 U.S.C. § 2255 motion of N. Allen Sawyer was referred to the undersigned by the district judge. During the pendency of criminal proceedings, the undersigned had recused himself from all aspects of the case involving Mr. Sawyer. The undersigned again recuses himself pursuant to 28 U.S.C. § 445(a), and orders the Clerk to assign a new magistrate judge for purposes of adjudicating the § 2255 motion filed by defendant Sawyer.

        It is so ordered.

DATED: 7/5/06

                                              /s/ Gregory G. Hollows

                                              UNITED STATES MAGISTRATE JUDGE

GGH:gh:035
sawy0468.rec

1