UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Morrison C. England, Jr.
United States District Judge
Sacramento, California

                              RE:   N. Allen SAWYER
                                       Docket Number:   2:02CR00468-004
                                       PERMISSION TO TRAVEL
                                       OUTSIDE THE COUNTRY

Your Honor:

The releasee is requesting permission to travel to Bangkok and Pattaya, Thailand and Guangzhou, China. He is current with all supervision obligations, and he is set to complete his term of home detention on August 24, 2006. The probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On June 7, 2005, the releasee was sentenced for the offense of 18 USC 1341 and 1346 - Honest Services Mail Fraud.

**Sentence Imposed:** 6 months custody of the BOP, 36 months TSR, $100 Special Assessment, $20,000 Fine. Special conditions include: Warrantless search; Financial access; No new debt/credit; Home confinement with electronic monitoring; Not to dispose of assets without approval from probation officer.

**Dates and Mode of Travel:** September 26, 2006 through October 19, 2006 , via Singapore Airlines in San Francisco, California.

**Purpose:** Releasee is traveling for business to include a trade show, business meetings with development investors, review of potential development projects, and meet with manufacturing company executives.

**RE:** N. Allen SAWYER
 Docket Number:   2:02CR00468-004
 <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>

Respectfully Submitted,

/s/ George A. Vidales
**George A. Vidales**
**United States Probation Officer**

**DATED:** August 8, 2006
 Elk Grove, California
 GAV/cj

**REVIEWED BY:**   /s/ Deborah A. Spencer
 **DEBORAH A. SPENCER**
 **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved  <u>XXXX</u>          Disapproved  _____

DATED: August 11, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE