**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Morrison C. England, Jr.
United States District Judge
Sacramento, California

         **RE:   N. Allen SAWYER**
              **Docket Number:   2:02CR00468-004**
              **PERMISSION TO TRAVEL**
              **OUTSIDE THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel to the Cayman Islands.  He is current with all supervision obligations, and he completed his term of home detention on August 24, 2006.  The probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On June 7, 2005, the releasee was sentenced for the offense of 18 USC 1341 and 1346 - Honest Services Mail Fraud.

**Sentence Imposed:**  6 months custody of the Bureau of Prisons; 36 months Supervised Release; $100 Special Assessment; $20,000 Fine.  **Special Conditions:** Warrantless search; Financial access; No new debt/credit; Home confinement with electronic monitoring; Not to dispose of assets without approval from probation officer.

**Dates and Mode of Travel:** February 24, 2007 through February 28, 2007, via United and Continental Airlines in San Francisco, California.

**Purpose:**  Releasee is traveling to attend a development business meeting to inspect a residential condominium project.

RE:   N. Allen SAWYER
      Docket Number:   2:02CR00468-004
      <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>


Respectfully Submitted,


/s/ George A. Vidales
**GEORGE A. VIDALES**
**United States Probation Officer**

**DATED:**      February 20, 2007
                Elk Grove, California
                GAV/cj


**REVIEWED BY:**      /s/ Deborah A. Spencer
                     **DEBORAH A. SPENCER**
                     **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

**Approved** XXXXXXXX_____       **Disapproved** _____


 **Dated: February 22, 2007**

_____
**MORRISON C. ENGLAND, JR.**
**UNITED STATES DISTRICT JUDGE**

Rev. 05/2006
TRAVEL ~ OUTSIDE COUNTRY COURT MEMO.MRG