UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Morrison C. England, Jr.
United States District Judge
Sacramento, California

                         RE:   N. Allen SAWYER
                                    Docket Number:   2:02CR00468-04
                                    PERMISSION TO TRAVEL
                                    <u>OUTSIDE THE COUNTRY</u>

Your Honor:

The releasee is requesting permission to travel to the Hong Kong, China. He is current with all supervision obligations, and he completed his term of home detention on August 24, 2006. The probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On June 7, 2005, the releasee was sentenced for the offense of 18 USC 1341 and 1346 - Honest Services Mail Fraud.

**Sentence Imposed:** 6 months custody of the Bureau of Prisons; 36 months Supervised Release; $100 Special Assessment; $20,000 Fine. **Special Conditions:** Warrantless search; Financial access; No new debt/credit; Home confinement with electronic monitoring; Not to dispose of assets without approval from probation officer.

**Dates and Mode of Travel:** August 5, 2007 through August 22, 2007, via Cathy Pacific Airline in San Francisco, California.

**Purpose:** Releasee is traveling to attend a development business meeting, and to inspect the development project site.

RE:   N. Allen SAWYER
      Docket Number:   2:02CR00468-04
      **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully Submitted,

/s/ George A. Vidales
**GEORGE A. VIDALES**
United States Probation Officer

DATED:   June 11, 2007
         Elk Grove, California
         GAV/cj

REVIEWED BY:   /s/ Deborah A. Spencer
               **DEBORAH A. SPENCER**
               **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

**Approved XXX**                **Disapproved**

Dated: June 14, 2007

_____
**MORRISON C. ENGLAND, JR.**
**UNITED STATES DISTRICT JUDGE**