UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Morrison C. England, Jr.
United States District Judge
Sacramento, California

                                          RE:   N. Allen SAWYER
                                                    Docket Number:  2:02CR00468-04
                                                    PERMISSION TO TRAVEL
                                                    OUTSIDE THE COUNTRY

Your Honor:

The releasee is requesting permission to travel to the Hong Kong, China.  He is current with all supervision obligations, and he completed his term of home detention on August 24, 2006.  The probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On June 7, 2005, the releasee was sentenced for the offense of 18 USC 1341 and 1346 - Honest Services Mail Fraud.

**Sentence Imposed:**  6 months custody of the Bureau of Prisons; 36 months Supervised Release; $100 Special Assessment; $20,000 Fine.  **Special Conditions:** Warrantless search; Financial access; No new debt/credit; Home confinement with electronic monitoring; Not to dispose of assets without approval from probation officer.

**Dates and Mode of Travel:** September 29, 2007, through October 5, 2007, via Cathay Pacific Airways in San Francisco, California.

**Purpose:**  Releasee is traveling to attend a development business meeting, and to inspect the development project site.

**RE:  N. Allen SAWYER**
       **Docket Number:   2:02CR00468-04**
       <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully Submitted,

/s/ George A. Vidales
**GEORGE A. VIDALES**
United States Probation Officer

**DATED:**   August 30, 2007
            Elk Grove, California
            GAV/cj

**REVIEWED BY:**   /s/ Deborah A. Spencer
                   **DEBORAH A. SPENCER**
                   **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

**Approved** XX                              **Disapproved**

Dated: September 4, 2007

_[signature]_
**MORRISON C. ENGLAND, JR.**
**UNITED STATES DISTRICT JUDGE**