**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Morrison C. England, Jr.
United States District Judge
Sacramento, California

                              RE:   N. Allen SAWYER
                                    Docket Number:   2:02CR00468-04
                                    PERMISSION TO TRAVEL
                                    OUTSIDE THE COUNTRY

Your Honor:

The releasee is requesting permission to travel to Hong Kong, China.  He is current with all supervision obligations, and he completed his term of home detention on August 24, 2006.  The probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On June 7, 2005, the releasee was sentenced for the offense of 18 USC 1341 and 1346 - Honest Services Mail Fraud.

**Sentence Imposed:**  6 months custody of the Bureau of Prisons; 36 months Supervised Release; $100 Special Assessment; $20,000 Fine.  **Special Conditions:** Warrantless search; Financial access; No new debt/credit; Home confinement with electronic monitoring; Not to dispose of assets without approval from probation officer.

**Dates and Mode of Travel:** September 20, 2007, through October 4, 2007, via Cathay Pacific Airways in San Francisco, California.

**Purpose:**  Releasee reported the business partners in China have requested his earlier arrival to attend a development business meeting, and to inspect the development project site.  He will seek no other changes to his business departure and return.

RE:   N. Allen SAWYER
      Docket Number:   2:02CR00468-04
      PERMISSION TO TRAVEL OUTSIDE THE COUNTRY


                        Respectfully Submitted,


                        /s/ George A. Vidales
                        GEORGE A. VIDALES
                        United States Probation Officer

DATED:        September 17, 2007
              Elk Grove, California
              GAV/cj


REVIEWED BY:      /s/ Deborah A. Spencer                    
                  DEBORAH A. SPENCER
                  Supervising United States Probation Officer


_____


ORDER OF THE COURT:

Approved XX                          Disapproved _____


 Dated: September 18, 2007


                              MORRISON C. ENGLAND, JR.
                              UNITED STATES DISTRICT JUDGE


2