QUIN DENVIR, Bar No. 49374
ROTHSCHILD WISHEK & SANDS LLP
901 F Street, Suite 200
Sacramento, California 95814
Telephone: (916) 444-9845

Attorney for Defendant
N. ALLEN SAWYER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:02-cr-00468-MCE-CMK |
|---|---|
| Plaintiff, | **ORDER GRANTING** |
| v. | **CERTIFICATE OF APPEALABILITY** |
| N. ALLEN SAWYER, | |
| Defendant. | |

**FOR GOOD CAUSE SHOWN**, a Certificate of Appealability is hereby granted for the following issues:

1. Whether Mr. Sawyer Has Waived His Right To Collaterally Attack His Conviction and Sentence;

2. Whether Any Waiver Can Be Enforced To Bar A Claim That The Defendant Is Factually Innocent Because His Conduct Did Not Violate The Statute;

3. Whether Mr. Sawyer's Claim of Actual Innocence Is An Exception To The Doctrine Of Procedural Default.

Dated: October 24, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE