UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Morrison C. England, Jr.
United States District Judge
Sacramento, California

                                      RE:   N. Allen SAWYER
                                            Docket Number:   2:02CR00468-04
                                            PERMISSION TO TRAVEL
                                            <u>OUTSIDE THE COUNTRY</u>

Your Honor:

The releasee is requesting permission to travel to Hong Kong, China.  He is current with all supervision obligations, and he completed his term of home detention on August 24, 2006.  The probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On June 7, 2005, the releasee was sentenced for the offense of 18 USC 1341 and 1346 - Honest Services Mail Fraud.

**Sentence Imposed:**  6 months custody of the Bureau of Prisons; 36 months Supervised Release; $100 Special Assessment; $20,000 Fine.  **Special Conditions:** Warrantless search; Financial access; No new debt/credit; Home confinement with electronic monitoring; Not to dispose of assets without approval from probation officer.

**Dates and Mode of Travel:** February 1, 2008, with a return flight date of February 16, 2008, via Cathay Pacific Airways in San Francisco, California.

**Purpose:**  Releasee is to attend a business meeting to finalize the (contract) terms of a development project.

**RE:   N. Allen SAWYER**
       **Docket Number:   2:02CR00468-04**
       <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully Submitted,

/s/ George A. Vidales
**GEORGE A. VIDALES**
United States Probation Officer

**DATED:**   January 16, 2008
             Elk Grove, California
             GAV/cj

**REVIEWED BY:**   /s/ Deborah A. Spencer
                   **DEBORAH A. SPENCER**
                   **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

**Approved XXX**_____        **Disapproved** _____

Dated: January 25, 2008

_____
**MORRISON C. ENGLAND, JR.**
**UNITED STATES DISTRICT JUDGE**