UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Morrison C. England, Jr.
United States District Judge
Sacramento, California

                    RE:   N. Allen SAWYER
                           Docket Number:   2:02CR00468-04
                           PERMISSION TO TRAVEL
                           <u>OUTSIDE THE COUNTRY</u>

Your Honor:

The releasee is requesting permission to travel to Hong Kong, Mainland China, and Vietnam. He is current with all supervision obligations, and he completed his term of home detention on August 24, 2006. The probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On June 7, 2005, the releasee was sentenced for the offense of 18 USC 1341 and 1346 - Honest Services Mail Fraud.

**Sentence Imposed:**  6 months custody of the Bureau of Prisons; 36 months Supervised Release; $100 Special Assessment; $20,000 Fine.  **Special Conditions:** Warrantless search; Financial access; No new debt/credit; Home confinement with electronic monitoring; Not to dispose of assets without approval from probation officer.

**Dates and Mode of Travel:**  April 11, 2008, with a return flight date of May 11, 2008, via Cathay Pacific Airways in San Francisco, California.

**Purpose:**  Releasee is to attend business meetings in Hong Kong, Mainland China and DaNang, Vietnam to initiate new hotel development projects in each location.

**RE:  N. Allen SAWYER**
    **Docket Number:   2:02CR00468-04**
    <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully Submitted,

/s/ George A. Vidales
**GEORGE A. VIDALES**
United States Probation Officer

**DATED:**   March 24, 2008
    Elk Grove, California
    GAV/cj

**REVIEWED BY:**   /s/ Deborah A. Spencer
    **DEBORAH A. SPENCER**
    **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

**Approved XX**_____        **Disapproved** _____

**Any further requests for travel are to be approved only after a hearing on the status/continued need for supervision by Probation.**

Dated: March 26, 2008

_____
**MORRISON C. ENGLAND, JR.**
**UNITED STATES DISTRICT JUDGE**