UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Morrison C. England, Jr.
United States District Judge
Sacramento, California

                    RE:    N. Allen SAWYER
                           Docket Number:   2:02CR00468-04
                           **PERMISSION TO TRAVEL**
                           **OUTSIDE THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel to Xin Hui, China.  He is current with all supervision obligations, and he completed his term of home detention on August 24, 2006. The probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On June 7, 2005, the releasee was sentenced for the offense of 18 USC 1341 and 1346 - Honest Services Mail Fraud.

**Sentence Imposed:**  6 months custody of the Bureau of Prisons; 36 months Supervised Release; $100 Special Assessment; $20,000 Fine.  **Special Conditions:** Warrantless search; Financial access; No new debt/credit; Home confinement with electronic monitoring; Not to dispose of assets without approval from probation officer.

**Dates and Mode of Travel:** June 20, 2008, with a return flight date of June 27, 2008, via Cathay Pacific Airways in San Francisco, California.

**Purpose:**  Releasee is to attend business meetings to correct errors that occurred in the manufacturer of products sold to customers in the United States.

**RE:   N. Allen SAWYER**
**Docket Number:   2:02CR00468-04**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully Submitted,

/s/ Deborah A. Spencer
**DEBORAH A. SPENCER**
**Supervising United States Probation Officer**

**DATED:**   June 13, 2008
Elk Grove, California
DAS/cj

---

**ORDER OF THE COURT:**

**On March 26, 2008, this Court ordered that any further requests for travel are to be approved only after a hearing on the status/continued need for supervision by Probation. No such hearing has been requested or set. Therefore, the travel requested herein is**

**Approved** _____        **Disapproved XXX** _____

**Dated: June 17, 2008**

_____
**MORRISON C. ENGLAND, JR.**
**UNITED STATES DISTRICT JUDGE**