UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Morrison C. England, Jr.
United States District Judge
Sacramento, California

                      RE:   N. Allen SAWYER
                              Docket Number:   2:02CR00468-04
                              PERMISSION TO TRAVEL
                              <u>OUTSIDE THE COUNTRY</u>

Your Honor:

The releasee is requesting permission to travel to Kelefonia, Greece. He is current with all supervision obligations, and he completed his term of home detention on August 24, 2006. The probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On June 7, 2005, the releasee was sentenced for the offense of 18 USC 1341 and 1346 - Honest Services Mail Fraud.

**Sentence Imposed:** 6 months custody of the Bureau of Prisons; 36 months Supervised Release; $100 Special Assessment; $20,000 Fine. **Special Conditions:** Warrantless search; Financial access; No new debt/credit; Home confinement with electronic monitoring; Not to dispose of assets without approval from probation officer.

**Dates and Mode of Travel:** July 30, 2008, with a return flight date of August 10, 2008, via US Airways in San Francisco, California.

**Purpose:** Releasee is to attend business meetings with potential customers.

RE:   N. Allen SAWYER
      Docket Number:   2:02CR00468-04
      <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>


                    Respectfully Submitted,


                    /s/ Deborah A. Spencer
                    **DEBORAH A. SPENCER**
                    **Supervising United States Probation Officer**

**DATED:**   July 24, 2008
             Elk Grove, California
             DAS/cj

---

ORDER OF THE COURT:

**Approved XX**_____        **Disapproved** _____


**Dated: August 4, 2008**

                                    _____
                                    **MORRISON C. ENGLAND, JR.**
                                    **UNITED STATES DISTRICT JUDGE**