UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Morrison C. England, Jr.
United States District Judge
Sacramento, California

RE: N. Allen SAWYER
Docket Number: 2:02CR00468-04
PERMISSION TO TRAVEL
OUTSIDE THE COUNTRY

Your Honor:

The releasee is requesting permission to travel to Hong Kong. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On June 7, 2005, the releasee was sentenced for the offense of 18 USC 1341 and 1346 - Honest Services Mail Fraud.

**Sentence Imposed:** 6 months custody of the Bureau of Prisons; 36 months Supervised Release; $100 Special Assessment; $20,000 Fine. **Special Conditions:** Warrantless search; Financial access; No new debt/credit; Home confinement with electronic monitoring; Not to dispose of assets without approval from probation officer.

**Dates and Mode of Travel:** October 1, 2008, with a return flight date of October 11, 2008, via Cathay Pacific in San Francisco, California.

**Purpose:** Business. This will be the last request for Out of Country Travel prior to termination of supervision.

1

RE:  N. Allen SAWYER
     Docket Number:  2:02CR00468-04
     <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

                               Respectfully Submitted,

                               /s/ Kris M. Miura
                               **KRIS M. MIURA**
                               **United States Probation Officer**

**DATED:**  September 4, 2008
            Elk Grove, California
            KMM/cj

**REVIEWED BY:**      /s/ Deborah A. Spencer
                      **DEBORAH A. SPENCER**
                      **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

**Approved** <u>XX</u>          **Disapproved** _____

Dated: September 10, 2008

                              _____
                              MORRISON C. ENGLAND, JR.
                              UNITED STATES DISTRICT JUDGE

2