UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| N. ALLEN SAWYER, | No. 2:02-cr-00468-MCE-CMK-4 |
| Petitioner, | |
| v. | ORDER |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Petitioner N. Allen Sawyer's conviction for honest services mail fraud in Case No. 2:02-CR-00468-MCE-CMK-4 is hereby set aside and vacated in its entirety.

IT IS SO ORDERED.

Dated: February 1, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1